IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WENDY WILLIAMS,    ) | |
| ) | |
|     Plaintiff,    ) | |
| ) | CIVIL ACTION NO. |
|     v.    ) | 2:15cv705-MHT |
| ) | (WO) |
| DR. DAVID GAMS, et al.,    ) | |
| ) | |
|     Defendants.    ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit asserting that she suffered hearing loss due to the defendants' deliberate indifference to her need for adequate medical care for an ear condition.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims against the Alabama Department of Corrections and its Commissioner, Jefferson Dunn, be dismissed.  Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should

be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 1st day of June, 2016.

                     /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE