IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WENDY WILLIAMS,                )
                               )
     Plaintiff,                )
                               )      CIVIL ACTION NO.
     v.                        )        2:15cv705-MHT
                               )            (WO)
DR. DAVID GAMS, et al.,        )
                               )
     Defendants.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 26) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 16) is adopted.

(3) Defendants Alabama Department of Corrections and Commissioner Jefferson Dunn are dismissed with prejudice and terminated as parties to this action.

(4) No costs are taxed.

This case is not closed, and is referred back to

the magistrate judge for further proceedings.

DONE, this the 1st day of June, 2016.

                              /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE