IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WENDY WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv705-MHT |
| | ) | (WO) |
| DR. DAVID GAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

After an independent and de novo view of the record it is ORDERED as follows:

(1) Plaintiff's two "appeal[s] to the objection" (doc. nos. 42 & 46) are construed together as a motion to reconsider the court's opinion and judgment (doc. nos. 28 & 29), and said motion is denied.

(2) Plaintiff's motion for reconsideration (doc. no. 40) is denied.

DONE, this the 15th day of July, 2016.

                    /s/ Myron H. Thompson____
                    UNITED STATES DISTRICT JUDGE