IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WENDY WILLIAMS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:15cv705-MHT |
| | ) | (WO) |
| DR. DAVID GAMS, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983 and state law, plaintiff, a state prisoner, filed this lawsuit contending that she received inadequate medical care in prison and that her rights were violated in the disciplinary process. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the medical defendants' motion to dismiss be granted to the extent they seek dismissal for failure to exhaust, as plaintiff entirely failed to respond to the argument; that the correctional defendants' motion for summary judgment be granted on plaintiff's § 1983 claims for negligence and deliberate

indifference; that plaintiff's § 1983 disciplinary claims against the correctional defendants be dismissed without prejudice as they are not properly before the court at this time; and that plaintiff's state-law claims be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of August, 2018.

                          /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**