IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WENDY WILLIAMS, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>DR. DAVID GAMS, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:15cv705-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 79) is adopted.

(2) The motions to dismiss (doc. nos. 35 & 77) filed by defendants David Gams, Nurse Chappell, Corizon, and Nurse Blount are granted to the extent these defendants seek dismissal of plaintiff's § 1983 deliberate indifference and negligence claims due to plaintiff's failure to exhaust.

(3) Plaintiff's § 1983 deliberate indifference and

negligence claims against defendants Gams, Chappell, Corizon, and Blount are dismissed with prejudice in accordance with the provisions of 42 U.S.C. 1997e(a).

(4) The motion for summary judgment (doc. no. 43) is granted on plaintiff's § 1983 claims for deliberate indifference and negligence against defendants Bobby Barrett and Gwendolyn Tarrance.

(5) Judgment is entered in favor of defendants Barrett and Tarrance and against plaintiff on plaintiff's § 1983 claims for deliberate indifference and negligence, with plaintiff taking nothing by her complaint on these claims.

(6) Plaintiff's § 1983 disciplinary claims against defendants Barrett and Tarrance are dismissed without prejudice as they are not properly before the court at this time.

(7) Plaintiff's state-law claims are dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff on her § 1983 claims, for which execution may

issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of August, 2018.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**